IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| KIMBERLY PATRICK,         )<br>                           )<br>    Plaintiff,          )<br>                           )<br>    v.                     )<br>                           )<br>ALABAMA DEPARTMENT OF      )<br>PUBLIC HEALTH,             )<br>                           )<br>    Defendant.             ) | CIVIL ACTION NO.<br>2:20cv985-MHT<br>(WO) |

OPINION

Plaintiff filed this lawsuit complaining of employment discrimination on the basis of race and age. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to exhaust her administrative remedies properly prior to filing suit. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 9th day of January, 2023.

                                   /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**