IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| KIMBERLY PATRICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:20cv985-MHT |
| | ) | (WO) |
| ALABAMA DEPARTMENT OF | ) | |
| PUBLIC HEALTH, | ) | |
| | ) | |
| Defendant. | ) | |

JUDGMENT

In accordance with the memorandum opinion entered
today, it is the ORDER, JUDGMENT, and DECREE of the
court as follows:

(1) The United States Magistrate Judge's
recommendation (Doc. 6) is adopted.

(2) This lawsuit is dismissed without prejudice.

No costs are taxed.

The clerk of the court is DIRECTED to enter this
document on the civil docket as a final judgment
pursuant to Rule 58 of the Federal Rules of Civil
Procedure.

This case is closed.

DONE, this the 9th day of January, 2023.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　UNITED STATES DISTRICT JUDGE